RECYCLED

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 396-435**

EFFECTIVE DATE OF REGISTRATION

Month **3** Day **16** Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**
Everytime We Touch, Miracle and Everytime We Touch (Yanou's Candlelight Mix) as contained on the full length album entitled Everytime We Touch by Cascada (Track Numbers 1, 4 and 14)

**PREVIOUS ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼**

**2** **a** **NAME OF AUTHOR ▼**
Mutekki Media Ltd

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ Germany
    { Domiciled in ▶ Germany

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No
If the answer to either of these questions is Yes, see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Sound Recording

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2006 ◀ Year — This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 21   Year ▶ 2006
United States ◀ Nation

**4** **a** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Mutekki Media Ltd, Heinrich Hertz Str 24, D-40699 Erkrath, Germany

APPLICATION RECEIVED
**MAR 16 2007**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**12-1-06**
FUNDS RECEIVED

See instructions before completing this space

**b** **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

|  |  |
|---|---|
| EXAMINED BY *CB* | FORM SR |
| CHECKED BY | |
| CORRESPONDENCE ☒ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?
☐ Yes  ☑ No   If your answer is Yes  why is another registration being sought? (Check appropriate box) ▼
a ☐ This work was previously registered in unpublished form and now has been published for the first time
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work  as shown by space 6 on this application
If your answer is Yes  give Previous Registration Number ▼       Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼
a

Material Added to This Work  Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
b

See instructions before completing this space

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a deposit account established in the Copyright Office  give name and number of Account
Name ▼                                                Account Number ▼
a  Robbins Entertainment LLC                         D A 92215

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/Zip ▼
b  Robbins Entertainment LLC  Attn  Anne Amann  Esq  VP/Legal & Business Affairs
159 West 25th Street
New York  NY 10001

Area code and daytime telephone number   (212) 675 4321 ext 14       Fax number  (212) 675-4441
Email   aamann@robbinsent com

**8** CERTIFICATION    I  the undersigned  hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☑ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Anne Amann Esq  on behalf of Robbins Entertainment LLC (exclusive U S  licensee)        Date  March 15 2007

Handwritten signature ▼ *[signature]*

**9** Certificate will be mailed in window envelope to this address

Name ▼
Robbins Entertainment LLC  Attn   Anne Amann  Esq
Number/Street/Apt ▼
159 West 25th Street
City/State/Zip ▼
New York, NY 10001

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-8000

17 USC §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Form SR Full  Rev 11/2006  Pri t 11/2006—60 000  Printed on recycled paper                              U S Government Printing Office  2007 330 945/60 138

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 396-434**

EFFECTIVE DATE OF REGISTRATION

Month 12  Day 1  Year 06

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1  TITLE OF THIS WORK ▼**
All titles contained in the album entitled "Everytime We Touch by Cascada except Everytime We Touch, Miracle and Everytime We Touch (Yanou's Candlelight Mix). Individual titles listed below under Contents Titles

**PREVIOUS, ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼**
How Do You Do! Bad Boy Another You Ready For Love Can't Stop the Rain Kids In America A Neverending Dream Truly Madly Deeply One More Night, Wouldn't It Be Good, Love Again

**2 a  NAME OF AUTHOR ▼**  Zooland Records
**DATES OF BIRTH AND DEATH**  Year Born ▼  Year Died ▼

Was this contribution to the work a work made for hire?  ☑ Yes  ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE**  Name of Country
OR { Citizen of ▶ Germany
     Domiciled in ▶ Germany
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed ▼
Sound Recording

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b  NAME OF AUTHOR ▼**
**DATES OF BIRTH AND DEATH**  Year Born ▼  Year Died ▼

Was this contribution to the work a work made for hire?  ☐ Yes  ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE**  Name of Country
OR { Citizen of ▶
     Domiciled in ▶
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c  NAME OF AUTHOR ▼**
**DATES OF BIRTH AND DEATH**  Year Born ▼  Year Died ▼

Was this contribution to the work a work made for hire?  ☐ Yes  ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE**  Name of Country
OR { Citizen of ▶
     Domiciled in ▶
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  2006  ◀ Year in all cases
**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ February   Day ▶ 21   Year ▶ 2006   ◀ Nation: United States

**4 a  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Zooland Records Girlitzweg 30 D 50829 Koln Germany

APPLICATION RECEIVED  MAR 16 2007  12-1-06
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED  12-1-06

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

|   |   |
|---|---|
| EXAMINED BY CB | FORM SR |
| CHECKED BY | |
| CORRESPONDENCE ☒ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a ☐ This work was previously registered in unpublished form and now has been published for the first time
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

a

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office give name and number of Account
Name ▼                                                          Account Number ▼

a  Robbins Entertainment LLC                                     DA 92215

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/Zip ▼

b  Robbins Entertainment LLC Attn Anne Amann Esq VP/Legal & Business Affairs
159 West 25th Street
New York NY 10001

Area code and daytime telephone number  (212) 675-4321 ext 14          Fax number  (212) 675 4441
Email  aamann@robbinsent com

**7**

**CERTIFICATION** I the undersigned hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☑ owner of exclusive right(s)
☐ authorized agent of _____
          Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Anne Amann Esq on behalf of Robbins Entertainment LLC (exclusive U S licensee)       Date  March 15 2007

Handwritten signature ▼  [signature]

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ Robbins Entertainment LLC Attn Anne Amann Esq |
|---|---|
| | Number/Street/Apt ▼ 159 West 25th Street |
| | City/State/Zip ▼ New York, NY 10001 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

**9**

17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Form SR Full  Rev 11/2006  Pn t 11/2006—60 000  Printed on recycled paper                                U S Government Printing Office 2007 330 945/60 138