UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROBBINS ENTERTAINMENT LLC, SONY BMG
MUSIC ENTERTAINMENT AND ROCKS LLC,

                 Plaintiffs,

         -against-

KOCH ENTERTAINMENT DISTRIBUTION,
SHERIDAN SQUARE ENTERTAINMENT, INC.,
MUSICRAMA, INC.

                 Defendants.

------------------------------------------------------------X





JUDGE BUCHWALD
07 CIV 9236

RECEIVED
OCT 15 2007
U.S.D.C. S.D.N.Y.
CASHIERS

**CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

      Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Robbins Entertainment LLC certifies that there exists no parent company or publicly held company owning more than ten percent (10%) of its stock.

      Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Sony BMG Music Entertainment certifies that the parent of a 50% owner of Sony BMG Music Entertainment is Sony Music Entertainment Inc., and the ultimate parent of Sony Music Entertainment Inc. is Sony Corp. (Japan), a publicly traded company which trades, through American Depository Receipts, on the New York Stock Exchange.

      Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Rocks LLC certifies that there exists no parent company or publicly held company owning more than ten percent (10%) of its stock.

Dated: New York, New York
October 15, 2007

                                Respectfully submitted,

                                ARNOLD & PORTER LLP

                                By: _____
                                Richard P. Swanson (RS 6068)
                                Eleanor M. Lackman (EL 3668)
                                399 Park Avenue
                                New York, New York 10022
                                (212) 715-1000
                                (212) 715-1399

                                *Counsel for Plaintiffs*