UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBBINS ENTERTAINMENT LLC, SONY BMG ) Civil Action No. 07 Civ. 9236
MUSIC ENTERTAINMENT and ROCKS LLC, ) (NRB)
)
           Plaintiff, )
) **Pursuant to Fed. R. Civ. P. 7.1**
   -against- )
)
KOCH ENTERTAINMENT DISTRIBUTION, )
SHERIDAN SQUARE ENTERTAINMENT, INC., and )
MUSICRAMA, INC. )
)
           Defendant.
------------------------------------------------------------X

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Musicrama, Inc. certifies that its corporate parent is Sheridan Square Entertainment, Inc., and that there are no publicly held corporations that own 10% or more of its stock.


Dated: New York, New York
       December 17, 2007

                                CAPLAN & ROSS, LLP

                          By: _____
                              Brian D. Caplan (BC-1713)
                              Jonathan J. Ross (JR-0581)
                              100 Park Avenue, 18th Floor
                              New York, New York 10017
                              (212) 973-2376
                              Attorneys for Defendant Musicrama, Inc.