UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ROBBINS ENTERTAINMENT LLC, SONY BMG
MUSIC ENTERTAINMENT AND ROCKS LLC,

07 Civ. 9236 (NRB)

Plaintiffs,

- against –

KOCH ENTERTAINMENT DISTRIBUTION,
SHERIDAN SQUARE ENTERTAINMENT, INC.,
MUSICRAMA, INC,

**Rule 7.1 Statement
For Defendant
Koch Entertainment Distribution**

Defendants.
-------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Koch Entertainment Distribution (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Entertainment One Ltd.

Dated: New York, New York
       December 17, 2007

DANIEL J. AARON, P.C.

By: _____
Daniel J. Aaron (DA 0718)
437 Madison Avenue, 4th Floor
New York, NY 10022
212-684-4466
daaron@earthlink.net
Attorney for Defendant-
Koch Entertainment Distribution

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Defendant Koch Entertainment Distribution's Rule 7.1 Statement was served upon the following:

Richart P. Swanson, Esq.
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022-4690
212-715-1063
Attorneys for Plaintiffs

Steven K. Meier, Esq.
MEIER FRANZINO LLP.
570 Lexington Avenue, 26th Floor
New York, New York 10022
(212) 759-9770
Attorneys for Defendant Sheridan Square Entertainment

Brian D. Caplan, Esq.
CAPLAN & ROSS, LLP
100 Park Avenue, 18th Floor
New York, New York 10017
Tel: 212-973-2377
Attorneys for Defendant Musicrama, Inc.

By U.S. first class mail on December 17, 2007.

Dated: New York, New York
       December 17, 2007

Daniel J. Aaron, Esq. (DA 0718)