# ARNOLD & PORTER LLP

Eleanor M. Lackman
Eleanor.Lackman@aporter.com

212.715.1063
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

January 10, 2008

**BY HAND**

The Honorable Naomi Reice Buchwald, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    Robbins Entertainment LLC, et al. v. Koch Entertainment Distribution, et al.; Index No. 07 Civ. 9236 (NRB)

Dear Judge Buchwald:

      We represent plaintiffs Robbins Entertainment LLC, Sony BMG Music Entertainment and Rocks in the above-referenced matter. With the consent of defendants' counsel, we write to request that the Court adjourn the initial pretrial conference, which is currently scheduled for January 22, 2008. The attorney who will serve as principal trial counsel for plaintiffs will be unable to be present in court on such date.

      The parties propose the following dates when counsel are available: January 23, 28, 29 and 31.

Respectfully yours,

Eleanor M. Lackman

*[Handwritten annotation: The conference is adjourned until February 8, 2008 at 3 p.m. So Ordered. [signature] USDJ 1/15/08]*

TO:    Daniel J. Aaron, Esq.
           Daniel J. Aaron, P.C.
           437 Madison Avenue, 4th Floor
           New York, New York 10022

## ARNOLD & PORTER LLP

Hon. Naomi Reice Buchwald, U.S.D.J.
January 10, 2008
Page 2

    Steven K. Meier, Esq.
    Meier Franzino & Scher LLP
    570 Lexington Abenue, 26th Floor
    New York, New York  10022

    Brian D. Caplan, Esq.
    Caplan & Ross, LLP
    100 Park Avenue, 18th Floor
    New York, New York  10017