UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBBINS ENTERTAINMENT LLC, SONY BMG MUSIC ENTERTAINMENT and ROCKS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>KOCH ENTERTAINMENT DISTRIBUTION, SHERIDAN SQUARE ENTERTAINMENT, INC. and MUSICRAMA, INC.<br><br>Defendants. | Civ. Action No. 07 Civ. 9236 (NRB)<br><br>**SUBSTITUTION OF ATTORNEYS** |

The undersigned hereby consent to the substitution of Meloni & McCaffrey, P.C., 1350 Avenue of the Americas, Suite 3100, New York, New York 10019, as attorneys for Plaintiffs Robbins Entertainment LLC, SONY BMG Music Entertainment and Rocks LLC, in the above captioned action.

Dated:  February 5, 2008                ARNOLD & PORTER LLP

_____
Richard P. Swanson  (RS 6068 )
Eleanor M. Lackman (EL 3668)
399 Park Avenue
New York, New York 10022
(212) 715-1000
*Withdrawing Attorneys for Plaintiffs*

Dated:  February 5, 2008                MELONI & McCAFFREY, P.C.

_____
Robert S. Meloni  (RM 8087)
*R.Meloni@m2law.net*
Thomas P. McCaffrey (TPM 4057)
*T.Mccaffrey@m2law.net*
1350 Avenue of the Americas - Suite 3100
New York, New York 10019
(212) 957-5577
*Superseding Attorneys for Plaintiffs*