UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBBINS ENTERTAINMENT LLC, SONY BMG MUSIC ENTERTAINMENT and ROCKS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>KOCH ENTERTAINMENT DISTRIBUTION, SHERIDAN SQUARE ENTERTAINMENT, INC. and MUSICRAMA, INC.<br><br>Defendants. | Civ. Action No. 07 Civ. 9236 (NRB)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Enter the appearance of the undersigned as counsel in the above-entitled case for:

PLAINTIFFS ROBBINS ENTERTAINMENT LLC, SONY BMG MUSIC ENTERTAINMENT and ROCKS LLC.

The undersigned certifies that they are admitted to practice in this court.

Dated:  May 13, 2008        MELONI & McCAFFREY, P.C.

_____
Robert S. Meloni (RM 8087)
*R.Meloni@m2law.net*

*s/Thomas P. McCaffrey*_____
Thomas P. McCaffrey (TPM 4057)
*T.Mccaffrey@m2law.net*
1350 Avenue of the Americas - Suite 3100
New York, New York 10019
(212) 957-5577

*Attorneys for Plaintiffs*