

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
ROBBINS ENTERTAINMENT LLC, SONY
BMG MUSIC ENTERTAINMENT AND ROCKS,

                    Plaintiffs,              O R D E R

          - against -                        07 Civ. 9236 (NRB)

KOCH ENTERTAINMENT DISTRIBUTION,
SHERIDAN SQUARE ENTERTAINMENT, INC.,
MUSICRAMA, INC.,

                    Defendants.
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         July 22, 2008

                                         _____
                                         NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE