UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ROBBINS ENTERTAINMENT LLC, SONY BMG
MUSIC ENTERTAINMENT and ROCKS LLC,

                Plaintiffs,

         v.

KOCH ENTERTAINMENT DISTRIBUTION,
SHERIDAN SQUARE ENTERTAINMENT, INC.
and MUSICRAMA, INC.

                Defendants.
---------------------------------------------------------X

Civ. Action No. 07 Civ. 9236 (NRB)

STIPULATION OF
DISCONTINUANCE

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 8/13/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all of the parties to the above-entitled action, that the above entitled action, and any and all claims, cross-claims and counterclaims, hereby are discontinued, with prejudice, without costs, with respect to defendant, Koch Entertainment Distribution.

Dated: New York, New York
        July 31, 2008

*[signature]*

MELONI & McCAFFREY, P.C.
Robert S. Meloni (RM 8087)
1350 Avenue of the Americas - Suite 3100
New York, New York 10019
(212) 957-5577
*Attorneys for Plaintiffs*

*[signature]*

MEIER FRANZINO & SCHER
Morton H. Fry, Esq. Of Counsel (TF-
570 Lexington Avenue
New York, New York 10022

*Attorneys for Defendant Sheridan Square Entertainment, Inc.*

_____
Daniel J. Aaron, Esq (DA-
DANIEL J. AARON, P.C.
437 Madison Avenue, 4th Floor
New York, New York 10022
*Attorneys for Defendant Koch Entertainment Distribution*

_____
CAPLAN & ROSS, LLP
Brian D. Caplan, Esq. (BC-
100 Park Avenue, 18th Floor
New York, New York 10017
*Attorneys for Defendant Musicrama, Inc.*

SO ORDERED:

_____
NAOMI REICE BUCHWALD
United States District Judge
8/12/08